# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

**Filed**

NOV - 6 2018

U.S. Magistrate Judge

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

Catholic Diocese of Jackson Offices
237 East Amite Street
Jackson, Mississippi

)
)
)
)
)
)

Case No. 3:18-mj-619-FKB

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment "A" (attached hereto and incorporated herein by reference)

located in the     SOUTHERN     District of     MISSISSIPPI     , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment "B" (attached hereto and incorporated herein by reference)

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Sections 4 and 1343 | See Attachment "C" (attached hereto and incorporated herein by reference) |

The application is based on these facts:

See Attachment "C"

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

HSI Special Agent William G. Childers
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/6/2018

*Judge's signature*

City and state: Jackson, Mississippi     F. Keith Ball, United States Magistrate Judge
*Printed name and title*