ATTACHMENT   "A"

**TARGET PREMISES**

The Catholic Diocese of Jackson, Mississippi (the "Diocese of Jackson") office building is located at 237 East Amite Street, Jackson, Mississippi