ATTACHMENT "B"

LIST OF ITEMS TO BE SEIZED
FROM PROPERTY IDENTIFIED IN ATTACHMENT "A"
OR FROM ELECTRONIC DEVICES
AT PROPERTY IDENTIFIED IN EXIBIT "A"

1. Any and all records, whether actual or electronic, pertaining to VARGAS' domestic and international travel, including, but not limited to passports, travel vouchers, air travel receipts, gas receipts, hotel receipts, and meal receipts.

2. Photographs, whether actual or electronic, including still photos, slides, negatives, video tapes, films, undeveloped film and the contents therein, as well as audio and video recordings, of VARGAS' international travel, Mexican orphanages or Mexican chapels.

3. St. Joe Parish financial records, whether in actual (paper) or electronic format, from 2010 to present.

4. Any and all records, whether actual or electronic, related to the Diocese of Jackson's audit of St. Joe Parish.

5. Any and all records, whether actual or electronic, concerning VARGAS's charitable projects.

6. Any and all records and/or communications, whether actual or electronic, pertaining to orphanages in Mexico supported by St. Joe Parish, parishioners of St. Joe Parish, or VARGAS.

7. Any and all records and/or communications, whether actual or electronic, pertaining to Chapels in Mexico supported by St. Joe Parish, parishioners of St. Joe Parish, or VARGAS.

8. Any and all records and/or communications, whether actual or electronic, pertaining to St. Joe Parish, the parishioners of St. Joe Parish, or VARGAS contributing to an orphanage in Mexico.

9. Any and all records and/or communications, whether actual or electronic, pertaining to St. Joe Parish, the parishioners of St. Joe Parish, or VARGAS contributing to the cost of building a Chapel in Mexico.

10. Any and all records, whether actual or electronic, concerning VARGAS soliciting or collecting money from St. Joe parishioners.

11. Any and all records, whether actual or electronic, related to money donated to St. Joe Parish for the benefit of VARGAS or VARGAS' charitable projects.

12. Any and all records, whether actual or electronic, related to money donated to St. Joe Parish for the benefit of Mexican orphanages.

13. Any and all records, whether actual or electronic, related to money donated to St. Joe Parish to pay for the cost of building a chapel in Mexico.

14. Any and all records and/or communications, whether actual or electronic, pertaining to money solicited or collected for VARGAS' cancer treatment.

15. Any and all records, whether actual or electronic, related to VARGAS' cancer diagnosis and treatment.

16. Notification to Diocese of Jackson priests, whether actual or electronic, that VARGAS had cancer.

17. Notification to St. Joe parishioners, whether actual or electronic, that VARGAS had cancer.

18. Notification to Diocese of Jackson priests, whether actual or electronic, that VARGAS did not have cancer.

19. Notification to St. Joe parishioners, whether actual or electronic, that VARGAS did not have cancer.

20. Any and all records and/or communications, whether actual or electronic, pertaining to the VARGAS, St. Joe Parish or the Diocese of Jackson concealing that fact that VARGAS did not have cancer.

21. Diocese of Jackson records and/or communications, whether actual or electronic, concerning any payment for VARGAS' cancer treatment.

22. Any and all records, whether actual or electronic, related to VARGAS' HIV diagnosis and treatment.

23. Any communications, whether actual or electronic, concerning VARGAS' HIV diagnosis and treatment.

24. Notification to Diocese of Jackson priests, whether actual or electronic, that VARGAS had HIV.

25. Diocese of Jackson records and/or communications, whether actual or electronic, concerning any payment for VARGAS' HIV treatment.

26. Diocese of Jackson communications, whether actual or electronic, that in any way concern VARGAS.

28. Any and all records, whether actual or electronic, concerning any plan to pay back parishioners for money wrongfully solicited from them by VARGAS

29. VARGAS' personnel file.

30. Any and all records, whether actual or electronic, concerning VARGAS' conduct as pastor of St. Joe.

31. Any and all records and/or communications, whether actual or electronic, from the Diocese of Jackson notifying VARGAS that he is not to seek private donations from parishioners.

32. Diocese of Jackson records and/or communications, whether actual or electronic, concerning VARGAS' medical insurance coverage.

33. Any and all records, whether actual or electronic, concerning VARGAS' treatment at Southdown.

34. Any and all records, whether actual or electronic, concerning payment for VARGAS' treatment at Southdown.

35. Any and all records and/or communications, whether actual or electronic, relating to VARGAS' personal expenditures; and

36. Any and all records, whether actual or electronic, pertaining to VARGAS' trips to Mexico and Canada.

## SEARCH PROCEDURE FOR ELECTRONIC DEVICES

37. In searching Electronic Devices or forensic copies thereof, law enforcement personnel executing this search warrant will employ the following procedure:

   A. Law enforcement personnel or other individuals assisting law enforcement personnel (the "search team") will, in their discretion, either search the Electronic Devices on-site or seize and transport the device(s) to an appropriate law enforcement laboratory or similar facility to be searched at that location. The search team shall complete the search as soon as is practicable but not to exceed 60 days from the date of execution of the warrant. If additional time is needed, the government may seek an extension of this time period from the Court on or before the date by which the search was to have been completed.

   B. The search team will conduct the search only by using search protocols specifically chosen to identify only the specific items to be seized under this warrant.

   C. The search team may subject all of the data contained in each Electronic Device capable of containing any of the items to be seized to the search protocols to determine whether the device or any data thereon falls within the list of items to be seized. The search team

may also search for and attempt to recover "deleted," "hidden" or encrypted data to determine, pursuant to the protocols, whether the data falls within the list of items to be seized.

D. The search team may use tools to exclude normal operating system files and standard third-party software that do not need to be searched.

E. If the search team, while searching an Electronic Device, encounters immediately apparent contraband or other evidence of a crime outside the scope of the items to be seized (evidence of "other crimes"), the team shall not continue to search for evidence of other crimes pending further order of the Court and shall make and retain notes detailing how the contraband or other evidence of a crime was encountered, including how it was immediately apparent contraband or evidence of a crime.

F. If the search determines that an Electronic Device does not contain any data falling within the list of items to be seized, the government will, as soon as is practicable, return the device and delete or destroy all forensic copies thereof.

G. If the search determines that an Electronic Device does not contain data falling within the list of items to be seized, the government may make and retain copies of such data, and may access such data at any time.

H. Notwithstanding the above, after the completion of the search of the Electronic Devices, the government shall not access digital data falling outside the scope of the items to be seized absent further order of court.

I. As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.

## ELECTRONIC DEVICES

38. Reference to Electronic Devices includes the following technical terms to convey the following meanings:

A. Any and all computer equipment, including any electronic devices which are capable of collecting, analyzing, creating, displaying, converting, storing, concealing, or transmitting electronic, magnetic, optical, or similar computer impulses or data. These devices include, but are not limited to, any data-processing hardware (such as central processing units, memory typewriters, and self-contained "laptop" or "notebook" computers); internal and peripheral storage devices (such as fixed disks, external hard disks and diskettes, tape drives and tapes, optical storage devices and other memory storage devices); peripheral input/output devices (such as keyboards, printers, scanners, plotters, video display monitors, and optical readers); and related communications devices (such as modems, cable and connections, recording equipment, RAM or ROM units, acoustic couplers, automatic dialers, speed dialers, programmable telephone

dialing or signaling devices, and electronic tone-generating devices); as well as any devices, mechanisms, or parts that can be used to restrict access to such hardware (such as physical keys and locks).

       B.      Computer software includes any and all information, including any instructions, programs, or program code, stored in the form of electronic, magnetic, optical, or other media which are capable of being interpreted by a computer or its related components. Computer software may also include certain data, data fragments, or control characters integral to the operation of computer software. This software commonly includes operating systems, other programs/applications (such as word-processing, graphics, spreadsheet, and database programs, and accounting and tax preparation software), utilities, compilers, interpreters, and communications programs.

       C.      Computer passwords and data security devices are described as all those devices, programs, or data, whether themselves in the nature of hardware or software, that can be used or is designed for use to restrict access to or facilitate concealment of any computer hardware, computer software, computer-related documentation, electronic data, records, documents or materials within the scope of this application. These items include but are not limited to any data security hardware (such as any encryption devices, chips, circuit boards and dongles), passwords, data security software or information (such as test keys and encryption codes), and similar information that is required to access computer programs or data or to otherwise render programs or data into a useable form.

       D.      Any software and/or hardware if necessary to access, read, and print the information. This includes but is not limited to a) operating system software, applications software, utility programs, compilers, interpreters, communications software, and other programming used or intended for use to communicate with computer components; b) any documentation and manuals that describe the software or hardware and give instructions on its installation and use; c) any software or hardware based licensing schemes that restrict the access or operation of the software without such item; and d) computer passwords and data security devices including any data security hardware or software (such as devices or software used to encrypt data) that is required to access computer programs or data or to otherwise render programs or data into a useable form.

       E.      Wireless telephone: A wireless telephone (or mobile telephone, or cellular telephone) is a handheld wireless device used for voice and data communication through radio signals. These telephones send signals through networks of transmitter/receivers, enabling communication with other wireless telephones or traditional "land line" telephones. A wireless telephone usually contains a "call log," which records the telephone number, date, and time of calls made to and from the phone. In addition to enabling voice communications, wireless telephones offer a broad range of capabilities. These capabilities include: storing names and phone numbers in electronic "address books;" sending, receiving, and storing text messages and e-mail; taking, sending, receiving, and storing still photographs and moving video; storing and playing back audio files; storing dates, appointments, and other information on personal calendars; and accessing and downloading information from the Internet. Wireless telephones may also include global positioning system ("GPS") technology for determining the location of the device or locating

where pictures or videos were taken.

F. Digital camera: A digital camera is a camera that records pictures as digital picture files, rather than by using photographic film. Digital cameras use a variety of fixed and removable storage media to store their recorded images. Images can usually be retrieved by connecting the camera to a computer or by connecting the removable storage medium to a separate reader. Removable storage media include various types of flash memory cards or miniature hard drives. Most digital cameras also include a screen for viewing the stored images. This storage media can contain any digital data, including data unrelated to photographs or videos.

G. Portable media player: A portable media player (or "MP3 Player" or iPod) is a handheld digital storage device designed primarily to store and play audio, video, or photographic files. However, a portable media player can also store other digital data. Some portable media players can use removable storage media. Removable storage media include various types of flash memory cards or miniature hard drives. This removable storage media can also store any digital data. Depending on the model, a portable media player may have the ability to store very large amounts of electronic data and may offer additional features such as a calendar, contact list, clock, or games.

H. GPS: A GPS navigation device uses the Global Positioning System to display its current location. It often contains records the locations where it has been. Some GPS navigation devices can give a user driving or walking directions to another location. These devices can contain records of the addresses or locations involved in such navigation. The Global Positioning System (generally abbreviated "GPS") consists of 24 NAVSTAR satellites orbiting the Earth. Each satellite contains an extremely accurate clock. Each satellite repeatedly transmits by radio a mathematical representation of the current time, combined with a special sequence of numbers. These signals are sent by radio, using specifications that are publicly available. A GPS antenna on Earth can receive those signals. When a GPS antenna receives signals from at least four satellites, a computer connected to that antenna can mathematically calculate the antenna's latitude, longitude, and sometimes altitude with a high level of precision.

I. PDA: A personal digital assistant, or PDA, is a handheld electronic device used for storing data (such as names, addresses, appointments or notes) and utilizing computer programs. Some PDAs also function as wireless communication devices and are used to access the Internet and send and receive e-mail. PDAs usually include a memory card or other removable storage media for storing data and a keyboard and/or touch screen for entering data. Removable storage media include various types of flash memory cards or miniature hard drives. This removable storage media can store any digital data. Most PDAs run computer software, giving them many of the same capabilities as personal computers. For example, PDA users can work with word-processing documents, spreadsheets, and presentations. PDAs may also include global positioning system ("GPS") technology for determining the location of the device.

J. Tablet: A tablet is a mobile computer, typically larger than a phone yet smaller than a notebook, that is primarily operated by touching the screen. Tablets function as wireless communication devices and can be used to access the Internet through cellular networks, 802.11 "wi-fi" networks, or otherwise. Tablets typically contain programs called apps, which,

like programs on a personal computer, perform different functions and save data associated with those functions. Apps can, for example, permit accessing the Web, sending and receiving e-mail, and participating in Internet social networks.

      K.     Pager: A pager is a handheld wireless electronic device used to contact an individual through an alert, or a numeric or text message sent over a telecommunications network. Some pagers enable the user to send, as well as receive, text messages.

      L.     IP Address: An Internet Protocol address (or simply "IP address") is a unique numeric address used by computers on the Internet. An IP address is a series of four numbers, each in the range 0-255, separated by periods (e.g., 121.56.97.178). Every computer attached to the Internet computer must be assigned an IP address so that Internet traffic sent from and directed to that computer may be directed properly from its source to its destination. Most Internet service providers control a range of IP addresses. Some computers have static—that is, long-term—IP addresses, while other computers have dynamic—that is, frequently changed—IP addresses.

      M.     Internet: The Internet is a global network of computers and other electronic devices that communicate with each other. Due to the structure of the Internet, connections between devices on the Internet often cross state and international borders, even when the devices communicating with each other are in the same state.

All of the above, being fruits, instrumentalities and evidence of violations of the TARGET OFFENSES.