IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**Filed**

NOV - 7 2018

U.S. Magistrate Judge

UNITED STATES OF AMERICA

v.　　　　　　　　　　　　　　　　　　CRIMINAL CASE NO. 3:18MJ619-FKB

LENIN VARGAS

## MOTION TO UNSEAL

Comes now the United States of America, by and through the United States Attorney for the Southern District of Mississippi, and respectfully moves the Court to unseal the Search Warrant Application, the Search Warrant, together with attachments, in the above-styled cause in order to serve the search warrant and attachments on counsel for the Diocese of Jackson.

For this reason, the government respectfully requests that the above-styled cause be unsealed.

Date: November 7, 2018　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　D. MICHAEL HURST, JR.
　　　　　　　　　　　　　　　　United States Attorney

By: _____
　　　Mary Helen Wall
　　　Assistant U.S. Attorney
　　　MSB No. 100857
　　　501 E. Court Street, Suite 4.430
　　　Jackson, Mississippi 39201
　　　(601)965-4480
　　　Mary.helen.wall@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2018, I electronically filed the foregoing Motion with the Clerk of the Court using the Electronic Case Filing System (ECF), which served to send notification of this filing to counsel of record.

This the 7th day of November, 2018.

Mary Helen Wall
Assistant U.S. Attorney