IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.   CRIMINAL CASE NO. 3:18MJ619-FKB

LENIN VARGAS

## ORDER

This cause having come before the Court on the Government's Motion to Unseal Cause Number 3:18MJ619-FKB, and the Court, being fully advised in the premises, finds that said Motion is well-taken and should be sustained.

IT IS, THEREFORE, ORDERED that Cause Number 3:18MJ619-FKB, as styled above, and the same is hereby, unsealed.

ORDERED and ADJUDGED, this the 7th day of NOVEMBER, 2018.

_____
UNITED STATES MAGISTRATE JUDGE